1  MICHELE BECKWITH
   Acting United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7                              IN THE UNITED STATES DISTRICT COURT

8                                 EASTERN DISTRICT OF CALIFORNIA

9

10 | HUSSEIN, FAIZA, ET AL.,              | CASE NO. 2:24-CV-03118-DJC-AC
11 |                   Plaintiffs,        | STIPULATION AND ORDER FOR FIRST
                                          | EXTENSION OF TIME
12 |         v.
13 | UR JADDOU, ET AL.,
14 |                   Defendants.

1

Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns a Form I-130 petition for alien relative, which Plaintiff Faiza Abdullah Hussein filed on behalf of Plaintiff Laila Hameed Alhaj Yehya. August 2, 2021, U.S. Citizenship and Immigration Services ("USCIS") denied the I-130 petition, and this lawsuit challenges USCIS's denial decision. USCIS has *sua sponte* reopened the petition that is the subject of this case and issued a new request for evidence ("RFE"). The parties anticipate this litigation will likely be mooted once Plaintiffs submit their RFE response and USCIS is then able to complete its adjudication of the reopened petition. The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 21, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: January 15, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JULIE A. GOLDBERG
JULIE A. GOLDBERG
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: January 15, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2