1  MICHELE BECKWITH
   Acting United States Attorney
2  TARA AMIN
   ELLIOT WONG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Defendants
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 HUSSEIN, FAIZA, ET AL.,            CASE NO. 2:24-CV-03118-DJC-AC

                    Plaintiffs,       STIPULATION AND ORDER FOR SECOND
12                                    EXTENSION OF TIME
              v.
13
   UR JADDOU, ET AL.,
14
                    Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

Defendants respectfully requests a second extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.  This case concerns a Form I-130 petition for alien relative, which Plaintiff Faiza Abdullah Hussein filed on behalf of Plaintiff Laila Hameed Alhaj Yehya.  August 2, 2021, U.S. Citizenship and Immigration Services ("USCIS") denied the I-130 petition, and this lawsuit challenges USCIS's denial decision.  USCIS has *sua sponte* reopened the petition that is the subject of this case and issued a new request for evidence ("RFE").  Plaintiffs have responded to the RFE.  USCIS has now issued a notice of intent to deny ("NOID"), and Plaintiffs have until May 27, 2025 to respond to the NOID.  The parties anticipate this litigation will likely be mooted once Plaintiffs submit their NOID response and USCIS is then able to complete its adjudication of the reopened petition.   The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 21, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  April 21, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JULIE A. GOLDBERG
JULIE A. GOLDBERG
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: April 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE