MICHELE BECKWITH
Acting United States Attorney
TARA AMIN
ELLIOT WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN FAIZA, ET AL., | CASE NO. 2:24-CV-03118-DJC-AC |
| Plaintiffs, | STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants. | |

1

    Defendants respectfully request a third extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns a Form I-130 petition for alien relative, which Plaintiff Faiza Abdullah Hussein filed on behalf of Plaintiff Laila Hameed Alhaj Yehya. On August 2, 2021, U.S. Citizenship and Immigration Services ("USCIS") denied the I-130 petition, and this lawsuit challenges USCIS's denial decision. USCIS has *sua sponte* reopened the petition that is the subject of this case and issued a new request for evidence ("RFE"). Plaintiffs have responded to the RFE. USCIS has issued a notice of intent to deny ("NOID"), and Plaintiffs had until May 27, 2025 to respond to the NOID. Plaintiffs responded to the NOID on May 20, 2025. The Agency is still processing the response for delivery to the reviewing officer. The parties anticipate this litigation will likely be mooted once USCIS is able process the response and complete its adjudication of the reopened petition. The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 19, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: June 10, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ *Tara Amin*
Tara Amin
Assistant United States Attorney


/s/ *Julie A. Goldberg*
JULIE A. GOLDBERG
Counsel for Plaintiff

2

ORDER

IT IS SO ORDERED.

Dated:  June 10, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE