ERIC GRANT
United States Attorney
TARA AMIN
ELLIOT WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN, FAIZA, ET AL., | CASE NO. 2:24-CV-03118-DJC-AC |
| Plaintiffs, | STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants. | |

1

Defendants respectfully request a fourth extension of time in which to respond to the Complaint, and Plaintiff's counsel does not oppose. This case concerns a Form I-130 petition for alien relative, which Plaintiff Faiza Abdullah Hussein filed on behalf of Plaintiff Laila Hameed Alhaj Yehya. On August 2, 2021, U.S. Citizenship and Immigration Services ("USCIS") denied the I-130 petition, and this lawsuit challenges USCIS's denial decision. USCIS reopened the petition that is the subject of this case and issued a new request for evidence ("RFE"). Plaintiffs responded to the RFE. USCIS issued a notice of intent to deny ("NOID"), and Plaintiffs responded to the notice on May 20, 2025. The Agency completed its adjudication of the petition and issued an Approval Notice on September 12, 2025. Plaintiff is waiting to receive a case number from the Department of State's National Visa Center for consular processing before voluntarily dismissing the petition. Because the parties anticipate that Plaintiff will dismiss this petition after receiving that information, the parties stipulate to a 30-day extension for Defendants to file an answer or other dispositive pleading on or by October 20, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: September 18, 2025

ERIC GRANT
United States Attorney

By: /s/ *Tara Amin*
Tara Amin
Assistant United States Attorney


/s/ *Julie A. Goldberg*
JULIE A. GOLDBERG
Counsel for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE