1 | **GOLDBERG & ASSOCIATES**
JULIE A. GOLDBERG (SBN 235565)
2 | 14370 Ventura Blvd.
Sherman Oaks, California 91423
3 | Telephone: (818) 999-1559
Email: ecf@goldbergimmigration.com
4 |
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN, FAIZA, ET AL. | CASE NO. 2:24-CV-03118-DJC-AC |
| *Plaintiffs*, | STIPULATION AND ORDER FOR FIFTH EXTENSION OF TIME |
| v. | *Assigned to the Honorable Daniel J. Calabretta* |
| UR JADDOU, ET AL., | |
| *Defendants*. | |

1

The parties respectfully stipulate, subject to Court approval, to a brief fifth extension of Defendants' deadline to answer or otherwise respond—from October 20, 2025 to November 19, 2025—because USCIS approved the underlying I-130 petition(s) on September 12, 2025 and the matter is now awaiting the ministerial assignment of National Visa Center ("NVC") case number(s), after which Plaintiffs anticipate filing a voluntary dismissal; based counsel's experience, post-approval NVC case-creation can involve intermittent processing gaps such that, if Plaintiffs were to dismiss now and the matter stalled again, the parties and the Court would face the inefficiency of re-filing, so a short extension while NVC assigns case numbers will avoid that outcome and conserve resources; the requested extension is supported by good cause under Fed. R. Civ. P. 6(b) and E.D. Cal. L.R. 144(a), is sought in good faith and not for delay, will not prejudice any party, and all deadlines calculated from the response deadline should be extended correspondingly.

Respectfully submitted,

Dated: October 17, 2025

By: /s/ *Julie A. Goldberg*
JULIE ANN GOLDBERG
Counsel for Plaintiffs

ERIC GRANT
United States Attorney

/s/ *Tara Amin*
Tara Amin
Assistant United States Attorney

ORDER

**IT IS SO ORDERED.**

Dated:  October 17, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE